UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| PHOUVIENG PHONGPHOU,<br><br>                    Petitioner,<br><br>     v.<br><br>IMMIGRATION CUSTOMS ENFORCEMENT,<br><br>                    Respondent. | Case No. C20-1342-RJB-MAT<br><br>REPORT AND RECOMMENDATION |

Proceeding *pro se*, petitioner has filed a proposed petition for writ of mandamus. By letter dated September 9, 2020, petitioner was granted 30 days to either pay the filing fee or submit a completed application to proceed *in forma pauperis* ("IFP"), along with a certified copy of his prison trust account statement showing transactions for the past six months. (Dkt. 2.) Petitioner was advised that failure to respond to the letter by October 9, 2020, could result in dismissal of the case. (*Id.*)

To date, petitioner has neither paid the filing fee nor corrected the IFP deficiency. Accordingly, the Court recommends this action be DISMISSED without prejudice for failure to pay the filing fee as required by 28 U.S.C. § 1914. A proposed order accompanies this Report and Recommendation.

REPORT AND RECOMMENDATION - 1

Objections to this Report and Recommendation, if any, should be filed with the Clerk and served upon all parties to this suit within **twenty-one (21) days** of the date on which this Report and Recommendation is signed.  Failure to file objections within the specified time may affect your right to appeal.  Objections should be noted for consideration on the District Judge's motions calendar for the third Friday after they are filed.  Responses to objections may be filed within **fourteen (14)** days after service of objections.  If no timely objections are filed, the matter will be ready for consideration by the District Judge on **November 20, 2020**.

Dated this 29th day of October, 2020.

Mary Alice Theiler
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2